UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 18-034 (RMB) |
| | ORDER FOR CONTINUANCE |
| vs. | |
| THOMAS TOY | |

  This matter having come before the Court on the joint application of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (by Kathleen P. O'Leary, Assistant U.S. Attorney, appearing), and Jean Williams, Deputy Assistant Attorney General, Environment and Natural Resources Division, United States Department of Justice (Adam Cullman, Trial Attorney, appearing); and defendant Thomas Toy (Vincent P. Sarubbi, Esq., appearing) for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

  IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

  1. The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for

effective trial preparation, taking into account the exercise of due diligence.

2. Both the Government and the defendant seek additional time to continue plea negotiations, which would render any subsequent trial of this matter unnecessary.

3. The defendant consents to the aforementioned continuance.

4. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 21st day of December, 2018,

ORDERED that this action be, and hereby is, continued until **March 2, 2019**; and it is further

ORDERED that the period from the date of this order through **March 2, 2019**, be and hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq*.

_____
Honorable Renee M. Bumb
United States District Judge

2

Consented to as to form and entry:

_____
KATHLEEN P. O'LEARY
Assistant U.S. Attorney

ADAM CULLMAN
Trial Attorney

_____
VINCENT P. SARUBBI, ESQ.
Counsel for defendant